[No. 37177-1-I.    Division One.    June 30, 1997.]

ANGELA M. ECHOLS, *Appellant*, v. FIKRE S. AGEBO, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-04261-1, John M. Darrah, J., entered
August 1, 1995. *Reversed* by unpublished per curiam
opinion.

[No. 37779-5-I.    Division One.    June 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
NATHANIEL B. WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-03707-6, Anthony P. Wartnik, J., entered
October 31, 1995. *Affirmed* by unpublished per curiam
opinion.

[Nos. 37937-2-I; 38220-9-I.    Division One.    June 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CAMRADO
EDWARDO MARRERO, ET AL., *Defendants*, RICHARD
DARNELL BARBEE, *Appellant*.

*In the Matter of the Personal Restraint of* RICHARD
D. BARBEE, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-04415-4, Joan E. Dubuque, J., entered
October 23, 1995, together with a petition for relief from
personal restraint. *Dismissed* by unpublished per curiam
opinion.